↶ Reply all  ⌄   🗑 Delete   ⊘ Junk   Block   ⋯

# MDL 2996 CTO-1 In re: McKinsey & Company, Inc. National Prescription Opiate Consultant Litigation

CC  **CAND mdl Clerk**                          👍 ↶ ↶↶ →  ⋯
Wed 6/16/2021 6:45 PM

**To:** ALNDdb_CaseTransferIn_HelpDesk; GANDdb_InterDistrictTransfer; ILSDdb_MDLClerk; ILSDdb_
**Cc:** InterdistrictTransfer_MAD; **InterDistrictTransfer_MIWD;** OHNDdb_MDL; InterDistrictTransfer_T

📎 2021-06-16 MDL 2996 McKin...
   490 KB

Dear Clerk of the Court:

Attached is a certified copy of CTO 1 from the United States Judicial Panel on Multidistrict Litigation ordering the transfer of cases currently pending in your district.  Pursuant to this order, the cases must be transferred to the Northern District of California.

Please file the attached, certified copy of the CTO in the affected cases, and close the cases.

Please transmit the record of the cases to the Northern District of California using the CM/ECF Case Transfer utility.  The e-mail address is preformatted into CM/ECF as ecfhelpdesk@cand.uscourts.gov.

If you have any questions, feel free to contact me by email or by telephone.

Sincerely,

William Noble
Director of Case Administration
San Francisco Clerk's Office
United States District Court
415-522-2644

Reply  |  Reply all  |  Forward